DOCKET NO. 547

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CABLE COMMUNICATIONS, INC. & ENTITIES CATV INVESTMENT LITIGATION

ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts: one action each in the District of Connecticut and the District of Massachusetts. Presently before the Panel is a motion by the plaintiffs in both actions to centralize this litigation in the District of Connecticut, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Acton Corporation, the defendant in the Massachusetts action, opposes transfer.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-547 -- In re Cable Communications, Inc. & Entities CATV Investment Litigation

### District of Massachusetts

Richard G. Rohman, et al. v. Acton Corporation, C.A. No. 81-3305-S

### District of Connecticut

Richard G. Rohman, et al. v. Jack Isaacson, et al., C.A. No. B-81-589